UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3667 FMO (PLAx) | Date | April 30, 2015 |
|---|---|---|---|
| Title | Teamsters and Food Employers Security Trust Fund, et al. v. Southwest Administrators, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Sanctions

At the hearing on April 23, 2015, regarding plaintiff's Ex Parte Application for Order to Show Cause re: Civil Contempt Sanctions Against Defendant Southwest Administrators, Inc. Its Attorneys St. John Wallace Brennan & Folan, the court ordered Michael R. Minguet ("Mr. Minguet"), counsel for Southwest Administrators, Inc. ("Southwest"), to submit a declaration setting forth the names of any remaining officers of Southwest. (See Court's Order of April 27, 2015 at 17). If no officers are remaining, the declaration was to set forth the names of the former officers and the date that each officer resigned. (See id.). The deadline set at the hearing was April 24, 2015. (See id. at 17, n. 3). On the court's own motion, the court continued the deadline to April 29, 2015. (See id. at 17). Neither Mr. Minguet, nor any other counsel for Southwest, has submitted the declaration.

Accordingly, IT IS ORDERED THAT Mr. Minguet shall show cause at a hearing in Courtroom 22 of the Spring Street Courthouse on **Thursday, May 7, 2015, at 10:00 a.m.** as to why he should not be sanctioned for failure to comply with a court order.[1] Counsel for the other parties are also ordered to attend the hearing.

|  | Initials of Preparer | vdr |
|---|---|---|

---

[1] The court stated that "[t]he failure of any party or attorney to comply with the requirements of this Order . . . may result in sanctions being imposed." (See Court's Order of April 27, 2015, at 17).